UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS RUSSELL ROTHERMEL,

    Petitioner,

v.                                  Case No. 2:06-cv-36-FtM-99SPC

SECRETARY, DOC; FLORIDA ATTORNEY
GENERAL,

    Respondents.
_____

**O R D E R**

This matter comes before the Court upon review of Petitioner's "Notice of Appeal" (Doc. #27) construed to be a request for a Certificate of Appealability and motion for leave to proceed *in forma pauperis* (Doc. #29) on appeal. Petitioner seeks leave to appeal the Court's March 4, 2009 Opinion and Order denying his Petition for Writ of Habeas Corpus.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability is issued. While the issuance of a COA does not require a showing that the appeal will succeed, more than the absence of frivolity or the presence of good faith is required for a petitioner to satisfy the requirement. See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable

jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001). "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims." Miller-El v. Cockrell, 537 U.S. at 336. Petitioner has not made the requisite showing.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED**:

1. Petitioner's Application for Certificate of Appealability (Doc. #28) is **DENIED.**

2. Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Doc. #29) is **DENIED.**

**DONE AND ORDERED** in Tampa, Florida, on April 9, 2009.

            s/*Richard A. Lazzara*
            **RICHARD A. LAZZARA**
            **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Parties of Record

SA: alj